Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
(310) 388-5624 Fax
Email: Larry@ZernerLaw.com

E-FILED 02/10/14

JS-6

Attorneys for Plaintiff John G. Zimmerman Archive Trust

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN G. ZIMMERMAN ARCHIVE TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, and DOES 1-20, Inclusive, <br><br> Defendants. | Case No.: CV 12−09944 PSG (PLAx) <br> STIPULATION FOR DISMISSAL ; <br> ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, by their designated counsel, that the above-captioned matter be and hereby is dismissed with prejudice.  Each side to pay their own costs and attorney's fees.

Dated: February 6, 2014          LAW OFFICE OF LARRY ZERNER

                                 By:_____
                                    Larry Zerner
                                    Attorneys for Plaintiff

Dated: February 6, 2014          FOX GROUP LEGAL


                                 By: /s/ Janene Bassett
                                 Jonathan Gottlieb
                                 Janene Bassett
                                 Attorneys for Defendant
                                 Twentieth Century Fox Home
                                 Entertainment LLC


**IT IS SO ORDERED.**

**DATED:** _02/10/14_

_____
**U.S. DISTRICT JUDGE**

Stipulation for Dismissal